## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:
P AND P "QUICK-SETT" SERVICES, INC.
    Debtor

Chapter 11
10-bk-14705

---

P AND P "QUICK-SETT" SERVICES, INC., and
PRESTIGE CAPITAL CORPORATION
    Plaintiffs

v.

A.P. No.: 10-01098

C.W. WRIGHT CONSTRUCTION COMPANY,
INC., ET AL
    Defendants

---

C.W. WRIGHT CONSTRUCTION COMPANY, INC
    Counter-Claimant, Cross-Claimant,
    And Third-Party Plaintiff,

v.

P AND P "QUICK-SETT" SERVICES, INC.
PRESTIGE CAPITAL CORPORATION,
ROCK HILL SAND & GRAVEL, INC., d/b/a
GUDELSKY MATERIALS,
ROANOKE CEMENT COMPANY, LLC
HAHN TRANSPORTATION, INC.
DUFFIELD HAULING, INC.,
F & L PLUMBING & HEATING, INC.,
BECKNER BOILER CORP.,
L.F ORRISION, INC., and MOBILE MINI, INC.,
    Third-Party Defendants

### ENTRY OF APPEARANCE

I, Stacey P. Nakasian hereby enter my appearance on behalf of Roanoke Cement Company, Inc., in the above-referenced matter.

                              ROANOKE CEMENT COMPANY, LLC
                              By its Attorneys,

                              /s/ Stacey P. Nakasian
                              DUFFY & SWEENEY, LTD.
                              One Financial Plaza, Suite 1800
                              Providence, RI 02903
                              (401) 455-0700
                              (401) 455-0701 (Fax)
                              snakasian@duffysweeney.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2011 I electronically filed an *Entry of Appearance* with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM-ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| Mark W. Freel<br>mfreel@eapdlaw.com | Stefanie D. Howell<br>showell@mclaughlinquinn.com |
| Vincent A. Indeglia<br>Vincent@indeglialaw.com | Jason T. Jacoby<br>jjacoby@hf-law.com |
| Richard J. Land<br>rland@wszlaw.com | Andrew Mauck<br>amauck@sthlawyers.com |
| Theodore Orson<br>torson@orsonandbrusini.com | W. Mark Russo<br>mrusso@frlaw.ri.com |
| Andrew P. Sherrod<br>asherrod@hf-law.com | |

    I further certify that I have date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below, or, where indicated, by facsimile or hand delivery:

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.